**Order entered March 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00220-CV

### IN RE LUIS A. SANTIAGO, AND LINDA A. SANTIAGO, Relators

**Original Proceeding from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-02073-2011**

## ORDER

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator's to bear the costs of this original proceeding.

/s/     BILL WHITEHILL
          JUSTICE